CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

Megan A. Childress (SBN 266926)
E-mail: mchildress@bleaufox.com
BLEAU FOX, A P.L.C.
2801 W. Empire Ave.
Burbank, CA 91504
Telephone: (818) 748-3434
Facsimile: (818) 748-3436
Attorneys for Defendants,
Will Y. Wong; Juliana K. Wong and
J&W Wong

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>    Plaintiff,<br>  v.<br><br>WILL Y. WONG, in individual and representative capacity as trustee of The Wong Family Trust;<br>JULIANA K. WONG, in individual and representative capacity as trustee of The Wong Family Trust;<br>J&W WONG, a California Corporation; and Does 1-10,<br><br>    Defendants. | Case No.: 4:19-CV-01007-KAW<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: September 11, 2019       CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
Amanda Lockhart Seabock
Attorneys for Plaintiff

Dated: September 11, 2019       BLEAU FOX, A P.L.C.

By:  /s/ Megan A. Childress
Megan A. Childress
Attorney for Defendants
Will Y. Wong, Juliana K. Wong and
J&W Wong

DATE: 9/13/19



IT IS SO ORDERED
Judge Kandis Westmore
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Megan A. Childress, counsel for Will Y. Wong, Juliana K. Wong and J&W Wong, and that I have obtained authorization to affix her electronic signature to this document.

Dated: September 11, 2019      CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
Amanda Lockhart Seabock
Attorneys for Plaintiff